**98–2198. State v. Talley.**
Montgomery App. No. 16479. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due October 29, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof, IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

## MISCELLANEOUS DOCKET

In re Judicial Campaign Complaint                          Case No. 98–2388
Against Jonathan P. Hein

## ORDER

Pursuant to Rule II, Section 5(E)(1) of the Supreme Court Rules for the Government of the Judiciary of Ohio and section 2701.11 of the Ohio Revised Code, the Supreme Court appoints the following judges to serve on the five-judge commission to consider the report of the hearing panel of the Board of Commissioners on Grievances and Discipline in *In re Judicial Campaign Complaint Against Jonathan P. Hein,* Case No. 98–2388:

| | |
|---|---|
| Judge Nancy Drake Hammond | Fayette County Court of Common Pleas (Twelfth District) |
| Judge Peter M. Handwork | Sixth District Court of Appeals |
| Judge John Donnelly | Cuyahoga County Court of Common Pleas (Eighth District) |
| Judge Lawrence A. Belskis | Franklin County Court of Common Pleas (Tenth District) |
| Judge Jeff Payton | Mansfield Municipal Court (Fifth District) |

Pursuant to Gov. Jud. R. III, Section 2(B)(1), the Supreme Court designates Judge Hammond as chairman of the Commission.

Pursuant to R.C. 2701.11, Richard A. Dove, Associate Director of the Supreme Court of Ohio, for the purpose of this proceeding, is designated as Administrative Director to serve as Secretary to the Commission, with authority to sign entries and orders on behalf of and at the direction of the Commission or its chairman.

All pleadings and documents in this matter shall be filed with the Clerk of the Supreme Court. The original and seven copies of all documents shall be filed. Service on the Commission shall be made by serving the Secretary. The Rules of Practice of the Supreme Court of Ohio shall apply to all proceedings before the Commission, except as otherwise ordered by the Court.

THOMAS J. MOYER

Chief Justice

Dated: November 16, 1998

*Wednesday, November 18, 1998*

## MERIT DOCKET

**98–1759. Miller v. State.**
In Mandamus. On answer of respondent by Reginald A. Wilkinson, motion to dismiss by Honorable Ruth Ann Franks, and motion for order allowing relator access to law library. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.